Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

for

the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

**Name of Offender:** STEVEN C. DOTTS

Case Number: 92CR054-006-E; 2:09-CR-00259-KJD-RJJ

Name of Sentencing Judicial Officer: Honorable James O. Ellison, Chief U.S. District Judge

Date of Original Sentence: December 29, 1992

Original Offense: Conspiracy to Possess with Intent to Distribute & Distribute Cocaine

Original Sentence: 151 months as to each count to run concurrently for counts one, seven, and ten. 60 months to run consecutively to counts one, seven, and ten for count eight. Five years of supervised release as to count one, and three years as to counts seven, eight, and ten, each count to run concurrently.

Date Supervision Commenced: October 12, 2007

Date Jurisdiction Transferred to District of Nevada: June 19, 2009

Name of Assigned Judicial Officer: Honorable Kent J. Dawson, U.S. District Judge

## SUMMARY

Mr. Dotts has submitted a request to travel to Chicago, Illinois and cruise the Eastern Caribbean. Mr. Dotts will be traveling with his wife Stacy Thorton-Dotts for their anniversary. His travel dates are from June 2, 2011, through June 12, 2011. During June 5, 2011, through June 12, 2011, Mr. Dotts will be on a cruise stopping at the following ports of call; Puerto Rico, St. Thomas, United States Virgin Islands, Barbados, St. Lucia, and San Maarten. Mr. Dotts has already purchased his tickets and submitted a copy of his travel itinerary to our office.

Mr. Dotts is currently in compliance with his conditions of supervision. The probation office respectfully requests that Dotts be allowed to go on his Caribbean cruise on the aforementioned date. He is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

Sincerely,

*[signature]*
SHEREE D. CORNIEL
United States Probation Officer

RE: STEVEN C. DOTTS

APPROVED: _____
NANCY M. BOULTON, Supervising
U.S. Probation Officer

## THE COURT ORDERS:

__KJD__ Requested Travel is Approved

_____ Requested Travel is Denied

_____ Other

_____
Signature of Judicial Officer

5/6/11
_____
Date